





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BOSTON, MA 02108 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0112 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | NOV -8 2019 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $1.15 | |
| Total Postage and Fees $7.45 | 11/08/2019 |

Sent To: Martin Suuberg
MassDEP
One Winter Street, 2nd Floor
Boston, MA 02108

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1450 0002 2338 0764

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Suuberg
MassDEP
One Winter Street, 2nd Floor
Boston, MA 02108

9590 9402 4550 8278 6550 27

2. Article Number (Transfer from service label)
7017 1450 0002 2338 0764

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20044 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0112 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | NOV -8 2019 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $1.15 | |
| Total Postage and Fees $7.45 | 11/08/2019 |

Sent To: Citizen Suit Coordinator
Street and Apt. No., or PO Box No.: P.O. Box 7415, Ben Franklin Station
City, State, ZIP+4: Washington, D.C. 20044-7415

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 1450 0002 2338 0702

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citizen Suit Coordinator
P.O. Box 7415, Ben Franklin Station
Washington, D.C. 20044-7415

9590 9402 4550 8278 6551 26

2. Article Number (Transfer from service label)
7017 1450 0002 2338 0702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Alling_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A. Hussein                      11-13-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt