# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:20−CV−10032−DPW** |
| ACADEMY BUS, LLC, ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Academy Express, LLC
    c/o Michael J. Mazurczak, Melick & Porter, LLP
    1 Liberty Square, Floor 7, Boston, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Heather Govern, Conservation Law Foundation
    62 Summer Street, Boston, MA 02110
    hgovern@clf.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Douglas Warnock**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020−01−09 10:10:20.0, Clerk USDC DMA

Civil Action No.: **1:20-CV-10032-DPW**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Academy Express, LLC__

was received by me on (date) __Jan. 9, 2020__

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): On January 9, 2020, I served the summons on Ms. Wells at Helick & Porter, LLP, which is designated by Defendant Academy Express, LLC to accept service of summons on its behalf.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

__Jan. 9, 2020__
Date

__Kelly Ryan__
Server's Signature

__Kelly Ryan__
Printed name and title

30 Medfield St., Apt. 6
Boston, MA 02215
Server's Address

Additional information regarding attempted service, etc: