UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc., ) | |
| ) | Case No. 1:20-cv-10032-DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Academy Bus, LLC and Academy Express, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND NOTICE OF DISMISSAL OF ACADEMY BUS, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Conservation Law Foundation, Inc. ("CLF"), by and through its attorneys, Erica Kyzmir-McKeon, Esq. and Chelsea Kendall, Esq., and Defendant Academy Bus, LLC ("Academy Bus"), by and through its attorneys, Donovan Hatem LLP, hereby jointly stipulate to dismiss Academy Bus as Defendant. This dismissal of Academy Bus will not impact the pendency of this action against Academy Express, LLC, against whom this action is not dismissed.

NOW, THEREFORE, Plaintiff Conservation Law Foundation and Academy Bus jointly enter this stipulation to dismiss CLF's claims against Academy Bus, each party bearing its own costs and attorneys' fees.

2

**For Plaintiff Conservation Law Foundation:**

*/s/ Erica Kyzmir-McKeon*                                                      Date: February 28, 2020
Erica Kyzmir-McKeon, (Admitted *Pro Hac ice*)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1763
ekyzmir-mckeon@clf.org

*/s/ Chelsea E. Kendall*
Chelsea E. Kendall, (BBO No.: 705513)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1792
ckendall@clf.org


**For Defendant Academy Bus, LLC:**

*/s/ Jon C. Cowan*                                                             Date: February 28, 2020
Jon C. Cowan, (BBO No.: 552961)
Donovan Hatem LLP
53 State Street, 8th Floor
Boston, MA 02109
(617) 406-4500
jcowen@donovanhatem.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2020, the foregoing Joint Stipulation and Notice of Dismissal was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                      */s/ Erica Kyzmir-McKeon*
                                      Erica Kyzmir-McKeon, Esq.
                                      Conservation Law Foundation
                                      62 Summer Street
                                      Boston, MA 02110
                                      (617) 850-1763
                                      ekyzmir-mckeon@clf.org