UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACADEMY EXPRESS, LLC, ) <br> ) <br> Defendant. ) | Case No. 1:20-cv-10032 |

**JOINT MOTION FOR CONTINUANCE OF**
**<u>INITIAL SCHEDULING CONFERENCE</u>**

Defendant Academy Express. LLC ("Express"), together with plaintiff Conservation Law Foundation, Inc. ("CLF"), respectfully move for a 45-day continuance of the Initial Scheduling Conference in this matter, presently scheduled for April 9, 2020 (doc. nr. 14). As grounds for this motion, the parties state that, through counsel, they are commencing settlement discussions and are hopeful that those discussion will be productive, but an additional amount of time will be required to determine whether such efforts will result in a resolution of this matter. Additionally, due to the rapidly developing events concerning the Coronavirus epidemic, defendant and its counsel are hindered in their ability to fulfill the pre-conference requirements for conferring as set forth in the Court's Scheduling Order, Fed. R. Civ. P. 26(b) and L.R. 16.1. These grounds constitute good cause for seeking an extension of time under Fed. R. Civ. P. 6(b). In further support hereof, Academy and CLF state as follows:

1. CLF commenced this action when it filed its Complaint on January 8, 2020.

2. The Summons and Complaint were served on Express on or about January 9, 2020. The co-defendant, Academy Bus, LLC ("Bus"), was served with the Summons and Complaint on or about January 10, 2020.

3. On January 28, 2020, the defendants filed an Assented-to Motion to Extend the time for responding to the Complaint up to and including March 2, 2020, which Motion was allowed by the Court (Woodlock, J.) on the same date.

4. On February 28, 2020, CLF filed a Stipulation of Dismissal of Bus, with prejudice.

5. On March 2, 2020, Express filed its Answer to the Complaint together with Jury Demand.

6. On March 3, 2020, this Court issued a Notice of Scheduling Initial Schedule Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing ("Notice of Scheduling Conference"). In the Notice of Scheduling Conference, the Court scheduled the Initial Scheduling Conference in this matter for April 9, 2020, and the Court also ordered the parties to confer and file a Joint Statement in advance of the Scheduling Conference in accordance with Fed. R. Civ. P. 16(b) and LR 16.1.

7. Counsel for the parties are commencing settlement discussions and are hopeful that those discussion will be productive, but an additional amount of time will be required to determine whether this dispute can be resolved short of full litigation. Counsel are working in good faith in advancing those discussions, and they expect to continue to do so.

8. Pursuant to the Notice of Scheduling Conference and Fed. R. Civ. P. 16(b) and LR 16.1, counsel are required to confer with their clients and with each other twenty-one (21) days in advance of the Scheduling Conference. However, because of the rapidly changing developments and events concerning the Coronavirus epidemic, defendant and its counsel have been unable to confer in advance of the Scheduling Conference. Among other things, the Coronavirus epidemic has already severely impacted the operation of Express's business.

Additionally, CLF has implemented a work from home policy, and counsel for Express is operating under a discretionary work from home policy. On-going developments are expected to cause continuing disruption in the normal operations of both counsel and their clients.

9. The developments described above constitute good cause to continue the Initial Scheduling Conference in this matter under Fed. R. Civ. P. 6(b).

10. The relief requested in this Motion is in the interest of substantial justice and judicial efficiency and is not interposed for the purposes of delay.

WHEREFORE, for the reasons set forth above, the parties jointly move this Court to continue the Initial Scheduling Conference, presently scheduled for April 9, 2020, for a period of forty-five (45) days, to a date convenient to the Court's calendar thereafter.

Dated: March 18, 2020

>Respectfully submitted by,
>**ACADEMY EXPRESS, LLC**,
>By and through its attorneys,
>
>/s/  *Jon C. Cowen*
>Jon C. Cowen (BBO # 552961)
>Karl Fisher (BBO # 704795)
>DONOVAN HATEM LLP
>53 State Street, 8th Floor
>Boston, MA 02109
>Telephone: (617) 406-4511
>Facsimile: (617) 406-4501
>Email: jcowen@donovanhatem.com

                **CONSERVATION LAW FOUNDATION, INC.**
                By its attorneys,

                */s/ Erica Kyzmir-McKeon*
                Erica Kyzmir-McKeon, admitted pro hac vice
                Heather A. Govern (BBO # 688482)
                Chelsea E. Kendall (BBO # 705513)Conservation Law Foundation, Inc.
                62 Summer Street
                Boston, MA 02110
                Email: ekyzmir-mckeon@clf.org
                         hgovern@clf.org
                         ckendall@clf.org

## **CERTIFICATE OF SERVICE**

I, Jon C. Cowen, hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants, this 18th day of March, 2020.

                /s/ *Jon C. Cowen*
                Jon C. Cowen