UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO.: 1:20-CV-10032

CONSERVATION LAW FOUNDATION, INC.
     Plaintiff,

v.

ACADEMY BUS, LLC
and ACADEMY EXPRESS, LLC

Defendants.

## NOTICE OF APPEARANCE

On behalf of the Defendants, Academy Express, LLC, please enter the Appearance of Karl T. Fisher, Esquire in the above captioned Action.

    Respectfully submitted,
    **ACADEMY EXPRESS, LLC**
    By their Attorneys,

    */s/ Karl T. Fisher*
    Karl T. Fisher (BBO No. 704795)
    kfisher@donovanhatem.com
    **DONOVAN HATEM LLP**
    53 State Street, 8th Floor
    Boston, MA 02109
    617-406-4648 – *direct dial*
    617-406-4501 – *fax*

Dated: May 20, 2020

**CERTIFICATE OF SERVICE**

      I, Karl T. Fisher, hereby certify that the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and papers copies will be sent to those indicated as non-registered participants, this 20th day of May, 2020.

                                        */s/ Karl T. Fisher*
                                        Karl T. Fisher