UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY EXPRESS, LLC.<br><br>Defendants. | Case No. 1:20-cv-10032-DPW |

## **ACADEMY EXPRESS, LLC's LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), Defendant, Academy Express, LLC, and its counsel hereby certify that they have conferred: (i) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| **ACADEMY EXPRESS, LLC** | **ACADEMY EXPRESS, LLC**<br>By its attorney, |
|---|---|
| /s/ *Douglas Levine*_____<br>By: Douglas Levine<br>Claims Manager<br>Academy Express, LLC | /s/ *Jon C. Cowen*_____<br>Jon C. Cowen (BBO No.: 552961)<br>JCowen@donovanhatem.com<br>Karl T. Fisher (BBO No.: 740795)<br>KFisher@donovanhatem.com<br>DONOVAN HATEM, LLP<br>53 State Street, 8th Floor<br>Boston, MA  02109<br>Tel: 617-406-4500 |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 26, 2020, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF.  I certify that the parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

                                             /s/ *Jon C. Cowen*
                                             Jon C. Cowen