UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CONSERVATION LAW FOUNDATION, INC.,          )
                                            )
       Plaintiff,                           )
                                            )
v.                                          )   Case No. 1:20-cv-10032-DPW
                                            )
ACADEMY EXPRESS, LLC,                       )
                                            )
       Defendant.                           )
_____)

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT
ACADEMY EXPRESS, LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Jon C, Cowen, declare:

1.     I am a partner of the law firm Donovan Hatem LLP. I am duly licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice in the U.S. District Court for the District of Massachusetts. I am counsel for the defendant Academy Express, LLC ("Defendant" or "Academy"). I have personal knowledge of the facts set forth in this Declaration and can competently testify to the same if called to do so. I submit this Affidavit in support of Defendant's Motion for Summary Judgment on the Issue of Standing. Each of the documents referenced below is attached to the accompanying Statement of Undisputed Facts in Support of Defendant Academy Express, LLC's Motion for Summary Judgment ("Statement of Undisputed Facts").

2.     **Exhibit 1** is a true and accurate copy of the Complaint for Declaratory and Injunctive Relief in this matter, filed on January 8, 2020.

3.     **Exhibit 2** is a true and accurate copy of the Amended Complaint for Declaratory and Injunctive Relief in this matter, filed on October 29, 2020.

4. On January 8, 2021, counsel for the plaintiff, Conservation Law Foundation, Inc. ("Plaintiff" or "CLF") served on me, via email, declarations from eight (8) of its members who, it alleges, have suffered harm as a result of excessive idling of buses owned or operated by Academy at locations in Massachusetts and Connecticut. The CLF members who provided declarations are: Mary Katherine Andrews; Kathleen Becker; Georgia Bolduc; Thomas Cahill; Robert Kendall; Sophia Ly; Sabrina Morelli; and Tommaso Wagner (collectively, the "Standing Witnesses"). The declarations of the Standing Witnesses are attached to Statement of Undisputed Facts as follows.

5. **Exhibit 3** is a true and accurate copy of the Declaration of Mary Katherine Andrews, dated January 8, 2021.

6. **Exhibit 4** is a true and accurate copy of the CLF Member Profile of Mary Katherine Andrews.

7. **Exhibit 5** is a true and accurate copy of the Declaration of Kathleen Becker, dated January 7, 2021.

8. **Exhibit 6** is a true and accurate copy of the Declaration of George Bolduc, dated January 7, 2021.

9. **Exhibit 7** is a true and accurate copy of the Declaration of Thomas Cahill, dated January 7, 2021.

10. **Exhibit 8** is a true and accurate copy of the CLF Member Profile for Thomas Cahill.

11. **Exhibit 9** is a true and accurate copy of the Declaration of Robert Kendall, dated January 6, 2021.

12. **Exhibit 10** is a true and accurate copy of the Declaration of Sophia Ly, dated January 6, 2021.

13. **Exhibit 11** is a true and accurate copy of the CLF Member Profile for Sophia Ly.

14. **Exhibit 12** is a true and accurate copy of the Declaration of Sabrina Morelli, dated January 7, 2021.

15. **Exhibit 13** is a true and accurate copy of the CLF Member Profile for Sabrina Morelli.

16. **Exhibit 14** is a true and accurate copy of the Declaration of Tommaso Wagner, dated January 7, 2021.

17. **Exhibit 15** is a true and accurate copy of the CLF Individual Profile for Tommaso Wagner.

18. **Exhibit 16** is a true and accurate copy of Academy Express, LLC's First Request for Admission to Conservation Law Foundation, Inc., served on January 15, 2021 (without Exhibits attached).

19. **Exhibit 17** is a true and accurate copy of Conservation Law Foundation's Responses to Academy Express's First Request for Admissions, served on February 5, 2021.

20. **Exhibit 18** is a true and accurate copy of the Deposition Transcript of Robert Kendall, taken on January 29, 2021.

21. **Exhibit 19** is a true and accurate copy of the Declaration of Robert Kendall, dated January 15, 2021, marked as Kendall Dep. Exh. 3.

22. **Exhibit 20** is a true and accurate copy of a Google map, marked as Kendall Dep. Exh. 4.

23. **Exhibit 21** is a true and accurate copy of the CLF Individual Profile for Robert Kendall, dated January 29, 2021, marked as Kendall Dep. Exh. 6.

24. **Exhibit 22** is a true and accurate copy the Deposition Transcript of Sophia Ly, taken on February 3, 2021.

25. **Exhibit 23** is a true and accurate copy of the Deposition Transcript of Tommaso Wagner, taken on February 4, 2021.

26. **Exhibit 24** is a true and accurate copy of the Declaration of Tommaso Wagner, dated January 15, 2021, marked as Wagner Dep. Exh. 3.

27. **Exhibit 25** is a true and accurate copy of a Google map, marked as Wagner Dep. Exh. 6.

28. **Exhibit 26** is a true and accurate copy of the Kendall Dep. Errata Sheet.

29. **Exhibit 27** is a true and accurate copy of the Wagner Dep. Errata Sheet.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Executed on February 19, 2021.

        **Academy Express, LLC**
        By its attorneys,

        /s/ *Jon C. Cowen*
        Jon C. Cowen, Esq. BBO # 552961
        jcowen@donovanhatem.com
        Adam C. Benevides, Esq. BBO # 673172
        abenevides@donovanhatem.com
        **DONOVAN HATEM LLP**
        53 State Street, 8th Floor
        Boston, MA 02109
        (617) 406-4500
        (617) 406-4501 *fax*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2021, the foregoing Affidavit of Counsel in Support of Defendant Academy Express, LLC's Motion for Summary Judgment was filed through the Court's electronic case filing system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                                  */s/ Jon C. Cowen*
                                                  Jon C. Cowen

4842-1163-0813, v. 1