UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACADEMY EXPRESS, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:20-cv-10032-DPW |

**DEFENDANT ACADEMY EXPRESS LLC'S MOTION FOR LEAVE TO
FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT ON THE ISSUE OF STANDING**

Pursuant to Local Rules 7.1(b)(3) and 56.1, defendant Academy Express LLC ("Academy") respectfully moves for leave to file a reply memorandum in further support of its Motion for Summary Judgment on the issue of standing. A Reply is necessary in order to respond to the arguments presented in the Opposition filed by plaintiff Conservation Law Foundation, Inc. ("CLF") and to address the three (3) newly provided declarations from its expert witnesses. Additionally, the Reply memoranda will assist the Court in deciding whether or not CLF has standing to pursue these claims. In further support hereof, Academy states as follows:

1.  In its Amended Complaint, filed on October 20, 2020, CLF alleges that Academy violated the Clean Air Act, the Massachusetts State Implementation Plan ("MA SIP") and the

Connecticut State Implementation Plan ("CT SIP") by idling its buses in excess of the limits set forth in the MA SIP and the CT SIP.

2. At the Status Conference in this matter, conducted via Zoom on January 14, 2021, the Court set the following deadlines for the completion of discovery on standing and the filing of dispositive motions on that issue:

> "Discovery re associational standing to be completed by 2/5/2021. Dispositive motions re associational standing to be filed no later than 2/19/2021 and oppositions/responses to be filed by 3/5/2021." (Clerks Notes for Scheduling Conference, doc. nr. 33)

3. The parties completed discovery on the issue of Plaintiff's standing on February 5. 2021.

4. On February 19, 2021, in accordance with the court's scheduling order, Academy filed its Motion for Summary Judgment on the issue of standing.

5. On March 5, 2021, CLF served its Opposition to Academy's Motion in which it asserts that Academy's Motion was premature for lack of expert discovery and alternatively that the Plaintiff's associational standing is sufficient based on the declarations and deposition testimony of its members.

6. In its Reply, Academy seeks leave to respond to these arguments by demonstrating how the proposed expert discovery is irrelevant to the disposition of Academy's Motion and additionally, to show that CLF's arguments concerning the sufficiency of its members' alleged injuries are insufficient to establish Constitutional standing.

7. The filing of a reply brief on a motion for summary judgment is expressly permitted under Local Rule 56.1 (last sentence) which provides, "Unless the court orders otherwise, the moving party may file a reply within 14 days after the response is served." In its

scheduling order, the Court did not address the filing of a reply in support of a summary judgment motion on the issue of standing.

8.      Academy respectfully submits that the proposed reply will assist the Court in resolving a potentially dispositive motion in this case. Plaintiffs will not be prejudiced by the filing of a reply.

For the foregoing reasons, Academy Express, LLC respectfully requests this Honorable Court permit it to file a Reply brief in support of its Motion for Summary Judgment within fourteen (14) days hereof.

> Respectfully submitted,
>
> ACADEMY EXPRESS, LLC,
> By its attorneys:
>
> */s/ Jon C. Cowen*
> Jon C. Cowen (BBO # 552961)
> jcowen@donovanhatem.com
> Adam C. Benevides (BBO # 673172)
> abenevides@donovanhatem.com
> DONOVAN HATEM LLP
> 53 State Street, 8th Floor
> Boston, MA 02109
> Telephone: (617) 406-4511
> Facsimile: (617) 406-4501

Date:   March 11, 2021

## CERTIFICATE OF SERVICE

I, Jon C. Cowen, hereby certify that on March 11, 2021, the foregoing document was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

> */s/ Jon C. Cowen*
> Jon C. Cowen

22452.37/4842-3200-9184, v. 1