# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-10032-DPW |
| ) | |
| ACADEMY EXPRESS, LLC., ) | |
| ) | |
| Defendant. ) | |

## EMERGENCY MOTION OF ACADEMY EXPRESS LLC TO EXTEND THE TIME TO PRODUCE CERTAIN DEPOSITION WITNESS (ASSENTED TO)

Defendant, Academy Express, LLC, ("Academy"), with the assent of plaintiff, Conservation Law Foundation, Inc. ("CLF"),  hereby moves to extend the time to produce at deposition the corporate representative of its Bridgeport, Connecticut terminal due to a death in the family of the deponent.  The deposition had been scheduled to go forward on Friday, April 30, 2021, the same day that the internment of the deponent's father's will take place. Academy requests that the Court extend the discovery deadline to permit this deposition to take place after the present discovery deadline, on a date and time that is mutually agreeable to the parties. In further support hereof, Academy states as follows.

On January 15, 2021, the Court set a scheduling order that called for all fact discovery, including depositions, to be completed by April 30, 2021 ("Scheduling Order"). The Parties have been conducting discovery diligently in order to complete all depositions by the discovery deadline in accordance with the Scheduling Order. To that end, the parties mutually agreed to conduct the deposition of Academy's Bridgeport, Connecticut corporate representative, Mickey

Kraja, on Friday, April 30, 2021. Unfortunately, on Wednesday April 28, 2021, undersigned counsel learned that the deponent's father had passed away the prior evening, that the funeral is to be held on Thursday, April 29th and the internment on Friday, April 30th, the same date as the deposition.

In light of the foregoing, Academy respectfully requests this Honorable Court extend the discovery deadline to permit the deposition of Mr. Kraja, as corporate representative of its Bridgeport, Connecticut terminal, to take place after the present discovery deadline of April 30, 2021, on a date and time that is mutually agreeable to the parties, within 30 days.

Dated: April 29, 2021

Respectfully submitted by,
ACADEMY EXPRESS, LLC,
By and through its attorneys,

/s/ Jon C. Cowen
Jon C. Cowen (BBO # 552961)
jcowen@donovanhatem.com
Adam C. Benevides (BBO # 673172)
abenevides@donovanhatem.com
DONOVAN HATEM LLP
53 State Street, 8th Floor
Boston, MA 02109
Telephone: (617) 406-4511
Facsimile: (617) 406-4501

## CERTIFICATE OF SERVICE

I, Jon C. Cowen, hereby certify that on April 29, 2021, I sent the foregoing via electronic mail to counsel of record for CLF and representative of the above-named Members of CLF.

/s/ Jon C. Cowen

4829-2413-6167, v. 1