# In The Matter Of:

*Conservation Law Foundation, Inc. vs.*
*Academy Express, LLC, et al.*

*James M. Lyons*
*Vol. I*
*September 16, 2021*



DORIS O. WONG ASSOCIATES, INC.
COURT REPORTERS

50 Franklin St., Boston, MA 02110
Phone (617) 426-2432

*Original File LYONS_James.txt*
*Min-U-Script® with Word Index*

15

1   A.   Not while I was at UCLA.
2   Q.   While you were at your undergrad program,
3  or did you mean later?
4   A.   UCLA was my master's program.
5   Q.   Right.  You said you hadn't done it at
6  UCLA, so I was wondering if you were implying that
7  you had done it at another program.
8   A.   I had been directly involved in measurement
9  of emissions from diesel vehicles during the course
10 of my career.  I don't work in the lab that I
11 supervise testing of diesel vehicles.
12  Q.   Let's stick with UCLA.  Did you do any work
13 related to the actual emissions control technologies
14 for vehicles?
15  A.   I was aware of vehicle emission control
16 systems while I was at UCLA, by my master's thesis,
17 for example, wasn't focused on that area.
18  Q.   Okay.  What about air pollution dispersion?
19 Did you do any work in dispersion while you were at
20 UCLA?
21  A.   Yes.  There were a couple of courses that I
22 took from Dr. Freidlander and Dr. Hinds, in
23 particular, that covered dispersion modeling and
24 other aspects of what happens to emissions in the

1  atmosphere.
2      Q.   Just to get a little more specific, did you
3  actually do any emissions modeling while you were at
4  UCLA?
5      A.   I think there were, you know, homework
6  problems that involved having to do
7  dispersion-related calculations.  I don't recall
8  actually exercising a model.
9      Q.   What did you do after UCLA, after you were
10 done with your master's degree?
11     A.   I joined the California Air Resources Board.
12     Q.   Why did you decide to go there?
13     A.   I grew up in Southern California during the
14 1960s and 1970s.  I was interested in the field of
15 air pollution and air pollution control.  That was
16 one of the reasons why I did the undergraduate
17 research I did with Dr. Rowland and influenced my
18 choice of advisors and master's thesis project with
19 Dr. Freidlander.  So the California Air Resources
20 Board, being a California native, it was a state air
21 pollution control agency, and they were hiring.  I
22 applied and got a job.
23     Q.   Have you considered getting a Ph.D., or no?
24     A.   So while I worked at CARB, I continued

1   measurements where the pollutants came from using
2   models.
3           There was a lot of work analyzing vehicle
4   emissions data to determine correlations between
5   emissions and various properties of vehicles or the
6   fuels that they were operating on.
7           I also did work related to modeling of
8   ambient carbon monoxide concentrations, both related
9   to dispersion models as well as statistical models.
10  I was also exposed to photochemical air quality
11  models, looking at the impact of mobile sources on
12  atmosphere concentrations, namely, ozone, on a
13  regional basis.
14          So during my time at CARB, I was exposed to
15  pretty much the whole gamut of air pollution models,
16  ranging from emissions models to dispersion models
17  and then the more complex photochemical models.
18      Q.   Did you actually ever do the modeling
19  yourself, Jim?
20      A.   There may have been occasions I ran a
21  model, but in general I was not the one that was
22  actually performing the modeling myself.  In terms
23  of statistical models or characterization of
24  pollutants coming out of tailpipes, I ran those

35

1   itself perform vehicle emissions testing, but we
2   still work with testing laboratories on behalf of
3   our clients, design vehicle test programs, evaluate
4   vehicle emissions test data and do things like, but
5   we don't actually at Trinity own the equipment that
6   is required to test the vehicles.  We -- well, I
7   guess I will stop there.
8        Q.   Okay.  What about doing the analysis of
9   dispersion of air pollution?  Do you or does anyone
10  at Trinity do that?
11       A.   Yes.  Trinity has extensive expertise with
12  respect to both dispersion and photochemical
13  modeling.  Again, I don't do that modeling
14  personally, but I have worked in a number of
15  programs where I have overseen modeling, design
16  studies involving modeling, that type of thing.
17       Q.   All right.  I'm actually going to put up an
18  exhibit and mark it now.  Let's put up your June 25,
19  2021.  That includes your CV, Appendix A.  I will
20  show it on my screen and go to Page 38.
21           MS. GOVERN:  We are marking this as
22  Exhibit 1, please.
23               (Document marked as Lyons
24                Exhibit 1 for identification)

1   actually run the computer model.
2       Q.   Do you have to sort of update your
3   training?  Is there technology updating so that you
4   update your training?
5       A.   Again, I mean, that's the same kind of
6   thing you would have to do if you are running a new
7   piece of software.  You would need to know how to
8   run the piece of software.
9            There may be additional features that are
10  added to the model that you would need to understand
11  how they relate physically, but, I mean, the basic
12  science of dispersion modeling is fairly
13  straightforward.
14      Q.   Okay.  Have you had any updated training on
15  that recently?
16      A.   Trinity has, you know, materials related to
17  dispersion modeling that I reviewed.  I have not had
18  training specifically on the physical execution of
19  the AERMOD program.
20      Q.   Okay.  I think you said you have used other
21  methods -- or other models in the past.  Just remind
22  me of the other models used?
23      A.   I've done a lot of what is called "source
24  receptor modeling" in the past.  I've also been

1   you ever looked at a vehicle in a wind tunnel before
2   they put tape on the vehicle and releases smoke or
3   something to show how the wind is affected by the
4   physical form of the vehicle?  I mean, it's clear
5   that the physical form of the vehicle will create
6   turbulence and change the airflow around the
7   vehicle.  The same thing applies to a vehicle that
8   is still if the wind is blowing by it.  I mean, the
9   vehicle moving is one thing.  Then the vehicle
10  having wind blowing around it is another.  I mean,
11  the fact is the physical form of the vehicle affects
12  the wind and how it behaves.
13       Q.   Do you have any source that you can point
14  to where this is discussed, this blocking or
15  bifurcating that happens?  And it seems to me you
16  are saying it happens all the time, unless there's
17  no wind.
18       A.   Or, you know, there's going to be some
19  variable movement where maybe the plume rise will be
20  such that as the dispersion happens, the vehicle
21  will have little or no influence, but, in general,
22  you know, it's going to have an effect.  That's why
23  you stand behind a wall in a strong wind in order to
24  get out of the wind.

1    Q.   On that same page, Page 11, you say, "a
2  plume from a bus will tend to be more initially
3  mixed and dispersed by the bus itself."  Can you
4  tell me what that means.
5    A.   Sure.  As the air flows around the bus, the
6  bus creates turbulence and these divergence in the
7  wind flow; that turbulence and dispersion of the
8  wind also disperses what is coming out of the
9  tailpipe.  It's going in different directions.  It's
10 being mixed up differently than it would if the
11 stack was just sitting all by itself in space.
12 That's what is intended to be communicated by that
13 sentence.
14   Q.   And what is that opinion based on?
15   A.   Again, if you look at studies of how the
16 air moves around vehicles, you will see that the air
17 moves around the vehicle.  If it was just a stack,
18 then the air would be moving only around the stack.
19 If the stack is 3 inches in diameter and the bus is,
20 you know, 6 feet wide, the airflows are going to be
21 different.  I'm not sure that, you know, there's a
22 textbook that shows that.  I mean, maybe if you look
23 at the book by Schlinchting, he's got some examples
24 in there.  You know, that's a kind of classical

```
 1  reference, though.
 2          Anyway, that's what my opinion is based on.
 3      Q.   Okay.  I'm just trying to find a source so
 4  I can read it in.  Are you saying there is one that
 5  you can find?
 6      A.   Like I said, that book would be a place to
 7  start.  It deals with air floor around objects.  I
 8  have not looked at the book for a few years.  I'm
 9  not sure if there's a perfect example in there, but,
10  you know.
11          If you look at a car app that has a vehicle
12  in a wind tunnel, you can clearly see the air moving
13  around the vehicle.  If the vehicle wasn't there,
14  the air would be moving differently.
15      Q.   You keep comparing this to stacks.  There
16  are stacks that have things around them, are there
17  not?
18      A.   There are.  We talked about that already.
19  You have to account for those things around them.
20  Building downwash, for example, which is you have a
21  wind coming over the roof of a building.  Once you
22  get off the top of the building, the wind is going
23  to go down, you know.  That's going to affect the
24  turbulence and the mixing.  That's accounted for.
```

1  that's shown in the significance of Dr. Durant's
2  results.  I mean, this goes into a little bit more
3  detail than was provided there, but it's the same
4  basic concept.
5      Q.   But I guess what I'm trying to figure out
6  is, did you work through the numbers and do the
7  computations in that original report?
8      A.   No.  I used the new data that
9  Dr. Durant provided in his supplemental report, and
10 then I worked through those data from the
11 supplemental report following the example that he
12 provided in his original report.
13     Q.   Got it.  Is there any reason why you didn't
14 do the computations?  I understand that there was
15 then a supplemental report that came out from
16 Dr. Durant, but is there any reason that you didn't
17 do those calculations in your first report?
18     A.   The reason I didn't do the calculations in
19 my first report had to with the time crunch under
20 which I prepared that report.  I had a lot more time
21 in responding to the supplemental reports.  That
22 would be the main reason.
23     Q.   Okay.  Let's go to Table 1 on Page 16.  I
24 have scrolled down.  This is your result of what we

1  Q.   All right.  So we have a situation here.
2  We know our details.  You know the details.  What
3  would you say is a consequential increase in the
4  pollution concentrations relative to background
5  levels in this situation?
6  A.   Excuse me, I swallowed wrong.  Give me a
7  moment.
8  Q.   Sure.
9  (Pause)
10 Q.   Do you want me to repeat the question, Jim?
11 A.   Yes.
12 Q.   So we have details.  We all know the
13 details related to the background levels in this
14 case.  I'm just asking for an example of a
15 consequential increase in a pollution concentration
16 relative to the background level here.  What do you
17 consider consequential?
18 A.   I mean, one example would be an increase
19 that is sufficient to cause the background
20 concentration to -- in combination with the
21 background concentration to exceed the value of the
22 NAAQS.
23 Q.   Do you have to exceed the NAAQS in order
24 for it to be consequential?  Is that your rule?

1      A.    I mean, that's the general rule that's
2   applied by NAAQS.  The air quality standards are set
3   by the Federal Government in order to be health
4   protective.  There are other ways that people can
5   look at consequential, but for PM 2.5 and for NO2
6   where there are NAAQS, that would be the primary way
7   I would look at it.
8      Q.    That's how you would look at it?
9      A.    That would be, you know, the primary way.
10  NAAQS are said to be health protective.  For
11  example, in an area where there aren't violations of
12  the NAAQS, then that area is not required to submit
13  a SIP and take additional measures to release the
14  concentrations below the level of the SIP, vertical
15  level of the standard.
16     Q.    So, Jim, if there was no NAAQS standard and
17  you had a pollutant -- I mean, it's the same
18  situation that we're in with these buses -- would
19  you be able to have a consequential increase,
20  according to you, in a pollution concentration
21  relative to a background level where there's no
22  NAAQS in that group?
23     A.    In my opinion, then what you would need to
24  do is you would need to create the equivalent of the

```
 1   NAAQS by doing research on the health effects of
 2   those pollutants and public exposure and come up
 3   with a value above which you thought there would be
 4   an adverse impact or a value below.  That would be
 5   another way to do it.  There might be others.  It's
 6   not something I've thought about or, you know, been
 7   asked to do.
 8        Q.   And so you would create your own NAAQS
 9   standard based on public health and the effects of
10   that pollutant on public health, right?
11        A.   Public health would be, you know, the best
12   reason in general, not the only reason, that air
13   pollution is regulated, but that would be where I
14   would be looking to go with it, yes.  I mean...
15        Q.   Why else is air pollution regulated?
16        A.   Air pollution causes damage to plants,
17   buildings, materials.  It creates haze.  There's
18   things like acid rain.  There's a whole variety of
19   reasons why air pollution has been controlled.
20        Q.   Any other factors that affect NAAQS?
21        A.   There's a local EPA process for
22   establishing the NAAQS.  I mean, I don't remember
23   all the details that go into that.  I think there's
24   a number of factors that they examine.  I can't tell
```