UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY EXPRESS, LLC, <br><br> Defendant. | Case No. 1:20-cv-10032-DPW |

## **DECLARATION OF NANCY DIMOCK**

I, Nancy Dimock, declare as follows:

1. I work as a self-employed professional musician. I play the oboe.

2. I became a member of Conservation Law Foundation (CLF) on August 26, 2021 because I'm concerned about clean air.

3. I volunteer with Friends of the Blue Hills. I work on trail maintenance and invasive species removal in the Blue Hills Reservation about once a month.

4. I live with my husband and son at 34 Wildwood Avenue in Braintree, Massachusetts. I've lived here since 2012, and I plan to continue living here for the foreseeable future.

5. I keep the windows of my home open every day during six months of the year. I also spend time in my backyard outside my home around three times per week.

6. I walk or run in my neighborhood almost every day.

7. My home at 34 Wildwood Avenue is approximately 1.5 miles from the bus lot at 531 Pond Street in Braintree (the Braintree lot) where I understand Academy Express (Academy) idles its vehicles.

8. During the 2020-2021 school year, I substitute taught at Braintree High School three days per week. I have a substitute teaching contract with Braintree High School for the 2021-2022 school year, so I will likely continue substitute teaching there a similar amount of time.

9. Braintree High School is located at 128 Town Street in Braintree, approximately 1 mile from the Braintree lot.

10. Every week, I drive down Pond Street and turn right onto Granite Avenue. The intersection of Pond Street and Granite Avenue is around 0.4 miles from the Braintree lot.

1

11. I notice more industrial smells in the area around the Braintree lot, including the smell of heavy-duty vehicles. I wish the air quality in that area were better.

12. Idling vehicles are a problem near the Braintree lot, and they contribute to the low air quality in that area. I have seen trucks and buses idling there.

13. I don't often walk or run near the Braintree lot, because there is more noise and poor air quality there. I hate listening to idling engines and breathing in the exhaust.

14. If the air quality and idling noises near the Braintree lot improved, I might walk or run more in that area. Pond Street (the street on which the Braintree lot is located) is a lovely street that borders a pond.

15. When I feel the air quality is poor and not good to breathe, I don't spend as much time outdoors as I would like.

16. I understand that breathing diesel exhaust is harmful and can cause or exacerbate asthma and other respiratory problems.

17. When I breathe in vehicle exhaust, it feels like I'm inhaling noxious gas. The exhaust smells like diesel fuel, and breathing it in makes me cough.

18. I am concerned about how breathing in vehicle exhaust, including from Academy's idling vehicles, could be harming my health.

19. I also worry about how diesel exhaust from Academy's idling vehicles could be harming my son and the other students who attend Braintree High School.

20. I worry about how diesel exhaust from Academy's idling vehicles could be affecting the air quality in my neighborhood and around my home.

21. I am familiar with Academy's buses. I sometimes see them stopped around Braintree.

22. Academy should follow the idling laws. Idling laws exist for a reason and turning off a bus engine is simple. We all have to live together, so everyone should avoid taking actions that harm others.

23. If Academy stopped idling its buses, there would be less air pollution and better air quality in my neighborhood, around Braintree High School, and near the Braintree lot.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on: 9/7/2021

/s/ *Nancy Dimock*

Nancy Dimock