UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-10032-DPW |
| ) | |
| ACADEMY EXPRESS, LLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF COLIN ANTAYA

I, Colin Antaya, declare as follows:

1. I work as an associate attorney at Koskoff Koskoff & Bieder, PC. I've worked here since September 20, 2021.

2. I go to my office at 350 Fairfield Avenue in Bridgeport, Connecticut five days per week. I usually work from around 8:50 a.m. until 6 or 7 p.m.

3. I drive to work from my home in New Haven. I park across the street from my office in the Lafayette Square Parking Garage located at 228-330 Fairfield Avenue.

4. 350 Fairfield Avenue and the Lafayette Square Parking Garage are located around 1.2 miles from the bus lot at 114 River Street in Bridgeport (the Bridgeport lot) where I understand Academy Express (Academy) idles its vehicles.

5. I became a member of Conservation Law Foundation (CLF) on September 1, 2020 when I began working as a Legal Fellow in CLF's Rhode Island office. I chose to become a member of CLF because protecting the environment and public health means a lot personally. I believe strongly in CLF's mission, and it makes me satisfied to be a part of its work as a member.

6. I worked at CLF as a Legal Fellow in the Farm and Food program until August 2021. I developed legal and policy solutions to reduce pesticide use throughout New England.

7. Beyond my membership with CLF, I am a member of a variety of other environmental and conservation organizations, including the Connecticut Forest and Park Association, the Appalachian Mountain Club, and Trout Unlimited.

8. The area of Bridgeport around my office is very urban. There are fumes and exhaust near my office and the parking garage I use.

9. It's unpleasant to be around the poor-quality air at my office in Bridgeport and to have to breathe in air that I know isn't as clean as it should be or could be.

10. I'm conscious of the fact that the air I breathe at my office is polluted and I am concerned about the affect it could be having on my health.

11. Vehicle exhaust from Academy's idling vehicles contributes to the poor air quality in the places where I spend time in Bridgeport.

12. I know vehicle exhaust is bad for me to breathe in and dangerous to my health. Vehicle exhaust has a number of chemical components that are unhealthy to breathe in, including particulate matter, nitrogen oxides, sulfur dioxide, and carbon monoxide. I'm aware of both acute harms associated with vehicle exhaust as well as the longer-term chronic harms that are hard to notice in the moment and accrue over time. These harms include respiratory distress, problems like asthma, and cancer.

13. I worry about how breathing in vehicle exhaust in Bridgeport, including from Academy's idling vehicles, could be harming my health.

14. When I've inhaled vehicle exhaust, it feels dirty and unhealthy. The smell of diesel exhaust is very distinctive and noticeable, and I don't like to breathe it in. I'll often hold my breath as I walk by to avoid breathing it in as much as I can.

15. I wish the air quality at my office was better. If the air in that area were cleaner, it would feel nicer and healthier to be outside, and I would probably spend more time outside during the day.

16. Spending time outside matters a lot to me. It's important for my mental and physical health that I get outside and don't just stay inside at a desk all day.

17. If Academy stopped idling its buses, there would be less air pollution and better air quality near my office in Bridgeport.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on: 10/16/2021

/s/ Colin Antaya

Colin Antaya