UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) ) Plaintiff, ) ) v. ) ) ACADEMY EXPRESS, LLC, ) ) Defendant. ) ) | Case No. 1:20-cv-10032-DPW |

**AFFIDAVIT OF ADAM C. BENEVIDES IN SUPPORT OF THE OPPOSITION OF DEFENDANT ACADEMY EXPRESS, LLC TO PLAINTIFF'S MOTION IN LIMINE (DAUBERT MOTION) TO EXCLUDE CERTAIN NON-LAY TESTIMONY OF JAMES M. LYONS**

I, Adam C. Benevides, declare:

1. I am a partner of the law firm Donovan Hatem LLP. I am duly licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice in the U.S. District Court for the District of Massachusetts. I am counsel for the defendant Academy Express, LLC. I have personal knowledge of the facts set forth herein. This Affidavit is submitted in support of Opposition of Defendant Academy Express, LLC to Plaintiff's Motion in Limine (Daubert Motion) to Exclude Certain Non-Lay Testimony of James M. Lyons.

2. **Exhibit 1** is a true and accurate copy of the Expert Report of James M. Lyons, dated June 25, 2021.

3. **Exhibit 2** is a true and accurate copy of the Supplemental Expert Report and Rebuttal to the Report of James M. Lyons, of Michael St. Denis, D. Env., dated July 26, 2021.

4. **Exhibit 3** is a true and accurate copy of Supplemental Expert Report and Rebuttal to Mr. Lyons' Report, of John L. Durant, M.S., Ph.D., P.E., dated July 30, 2021.

5. **Exhibit 4** is a true and accurate copy of the Second Supplemental Expert Report of Michael J. St. Denis, D. Env., dated September 16, 2021.

6. **Exhibit 5** is a true and accurate copy of the *Revised* Second Supplemental Expert Report of Michael J. St. Denis, D. Env., dated September 30, 2021.

7. **Exhibit 6** is a true and accurate copy of the Second Supplemental Expert Report of John L. Durant, M.S., Ph. D., P.E., dated October 5, 2021

8. **Exhibit 7** is a true and accurate copy of relevant portions of the deposition of James Lyons, taken on September 16, 2021.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Executed on November 29, 2021.

**Academy Express, LLC**
By its attorneys,

/s/ *Adam C. Benevides*
Jon C. Cowen, Esq. BBO # 552961
jcowen@donovanhatem.com
Adam C. Benevides, Esq. BBO # 673172
abenevides@donovanhatem.com
Thomas D. Duquette, Jr. (BBO # 694846)
tduquette@donovanhatem.com
**DONOVAN HATEM LLP**
53 State Street, 8th Floor
Boston, MA 02109
(617) 406-4500
(617) 406-4501 *fax*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2021, the foregoing Affidavit of Counsel in Support of the Opposition of Defendant Academy Express, LLC to Plaintiff's Motion in Limine (Daubert Motion) to Exclude Certain Non-Lay Testimony of James M. Lyons was filed through the Court's electronic case filing system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                                */s/ Adam C. Benevides*
                                                Adam C. Benevides

22452.37
4891-0348-8004, v. 1