# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
CONSERVATION LAW FOUNDATION, INC.,  )
                                     )
      Plaintiff,                   )
                                       )
        v.                      )     Case No. 1:20-cv-10032-DPW
                                       )
ACADEMY EXPRESS, LLC,         )
                                       )
      Defendant.               )
_____)

## JOINT MOTION FOR A STATUS CONFERENCE

Now come Plaintiff Conservation Law Foundation, Inc. ("CLF"), and Defendant Academy Express, LLC ("Academy Express"), (collectively, "the Parties"), by and through their attorneys, and respectfully request that this Court schedule a Status Conference to be held at its earliest convenience to address outstanding procedural and scheduling issues. In support of this motion, the Parties jointly aver as follows:

1.      On February 19, 2021, the Defendant filed its Motion for Summary Judgment (ECF No. 41), and the Plaintiff filed its Opposition thereto on March 5, 2021 (ECF Nos. 46 through 48).

2.      On March 26, 2021, the Defendant filed a Reply brief regarding the Plaintiff's Opposition to Summary Judgment (ECF No. 51), and the Plaintiff filed a Sur-Reply Brief on April 6, 2021 (ECF No. 55).

3.      On April 14, 2021, this Court held a hearing on the Defendant's Motion for Summary Judgment. The Summary Judgment Motion remains pending before this Court.

4.      On October 1, 2021, CLF and the Defendant filed a Joint Motion to Modify

Scheduling Order (ECF No. 83).

5.      On October 6, 2021, this Court granted the Parties' Joint Motion to Modify the

Scheduling Order (ECF No. 84) and imposed the following deadlines for Daubert and

Dispositive motions:

| Event | Deadline |
|---|---|
|  |  |
| **Daubert Motions to be Filed** | November 12, 2021 |
| **Opposition to Daubert Motions to be Filed** | November 29, 2021 |
| **Dispositive Motions to be Filed (if no Daubert Motions Filed)** | November 29, 2021 |
| **Oppositions to Dispositive Motions to be Filed (if no Daubert Motions Filed)** | December 20, 2021 |

6.      On November 12, 2021, both Parties filed Daubert motions (ECF Nos. 89 and

92),[1] and there are currently no additional deadlines scheduled for this action.

7.      In the interest of moving this case forward toward resolution, the Parties

respectfully request a status conference.

For the foregoing reasons, the Parties respectfully request that this Court schedule a status

conference at its earliest convenience.


Dated: June 8, 2022                          Respectfully submitted,

                                             CONSERVATION LAW FOUNDATION, INC.,

                                             By its attorneys:

                                             */s/ Erica Kyzmir-McKeon*
                                             Erica Kyzmir-McKeon, Esq., *pro hac vice*
                                             Heather A. Govern, Esq. (BBO No. 688482)
                                             Chelsea E. Kendall, Esq. (BBO No. 705513)
                                             Conservation Law Foundation

---

[1] The Daubert motions remain pending before this Court.

62 Summer Street
Boston, MA 02110
(617) 850-1763
ekyzmir-mckeon@clf.org


ACADEMY EXPRESS, LLC,

By its attorneys:
*/s/ Jon C. Cowen*
Jon C. Cowen (BBO # 552961)
jcowen@donovanhatem.com
Thomas D. Duquette, Jr. (BBO # 694846)
tduquette@donovanhatem.com
DONOVAN HATEM LLP
53 State Street, 8th Floor
Boston, MA 02109
Telephone: (617) 406-4511
Facsimile: (617) 406-4501

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on June 8, 2022, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*<u>/s/ Erica Kyzmir-McKeon</u>*
Erica Kyzmir-McKeon
