UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

                                      Civil Action

                                      No: <u>20-10032-WGY</u>

Conservation Law Foundation, Inc.

Plaintiff

v.

Academy Express, LLC

Defendant

JUDGMENT

    This action came before the Court for a ruling on Defendants' Motions for Summary Judgment.   The issues have been heard and the Court Orders the Motions for Summary Judgment are Allowed.

IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS:

DPV Transportation, Inc.

Boston Charter Bus, LLC

Academy Express, LLC

                                                        ROBERT M. FARRELL

                                                        CLERK OF COURT

                                                          /s/ Jennifer Gaudet

                                                        Deputy Clerk

September 15, 2023