# United States Court of Appeals
## For the First Circuit

---

No. 23-1832

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff, Appellant,

v.

ACADEMY EXPRESS, LLC,

Defendant, Appellee,

DPV TRANSPORTATION, INC.; BOSTON CHARTER BUS, LLC; ACADEMY BUS, LLC; WYNN RESORTS, LTD.; WYNN MA, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC,

Defendants.

---

**JUDGMENT**

Entered: February 20, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is vacated, and the matter is remanded to the district court for further proceedings, consistent with the opinion issued this day, to (1) determine which, if any, of the second batch of the Conservation Law Foundation's witness declarations and expert disclosures are part of the record; (2) make the factual findings necessary to assess whether the Conservation Law Foundation's asserted injuries are fairly traceable to the alleged idling; and (3) apply the correct legal standards for determining whether the Conservation Law Foundation has alleged injuries-in-fact and traceability. Costs are awarded to the Conservation Law Foundation.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Heather A. Govern, Chelsea Elizabeth Kendall, John Scott Day, Jon C. Cowen, Thomas David Duquette Jr., Wayne F. Dennison, Ian David Coghill, Jared E. Knicley, Linda Louise Morkan