**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., Plaintiff )<br><br>v. )<br><br>ACADEMY EXPRESS, LLC, DPV TRANSPORTATION, INC., and BOSTON CHARTER BUS, LLC ) | Civil Case No. 1:20-cv-10032-DPW |

## NOTICE OF DISMISSAL OF DEFENDANTS DPV TRANSPORTATION, INC. AND BOSTON CHARTER BUS, LLC

Now come Defendants DPV Transportation, Inc. ("DPV") and Boston Charter Bus, LLC ("BCB") (collectively, "the Defendants") and respectfully file this Notice of Dismissal, with prejudice, from the matter captioned above. As further detailed in the attached Stipulated Motion to Voluntarily Dismiss filed with the Court of Appeals on December 12, 2023, the Defendants and the Plaintiff have agreed to dismiss Defendants DPV and BCB from this litigation. See Exhibit 1.

Respectfully submitted,
**DPV TRANSPORTATION, INC.**
**and BOSTON CHARTER BUS, LLC**
By their attorney,

/s/ John S. Day

_____
John S. Day (BBO #639249)
Day Law Firm, P.C.
99 Derby Street, Suite 200
Hingham, MA 02043
781-789-3001 (telephone)
781-226-3003 (facsimile)
jday@daylaw.com (e-mail)

Date:   March 24, 2025

1

**Certificate of Service**

I, John S. Day, hereby certify that, on March 24, 2025, I served a full and complete copy of the foregoing through PACER, for electronic service upon all parties registered with the ECF system.

*/s/ John S. Day*
_____