# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br>     Plaintiff,<br><br>     v.<br><br>ACADEMY EXPRESS, LLC.,<br>     Defendant. | Case No. 1:20-cv-10032-DPW |
| CONSERVATION LAW FOUNDATION, INC.,<br>     Plaintiff,<br><br>     v.<br><br>ACADEMY EXPRESS, LLC, DPV TRANSPORTATION, INC., and BOSTON CHARTER BUS, LLC,<br>     Defendant. | Case No. 1:20-cv-10033-DPW |

## <u>DEFENDANT ACADEMY EXPRESS, LLC'S AMENDED PRETRIAL DISCLOSURE</u>

NOW COMES Defendant, Academy Express, LLC (hereafter "Academy" and/or "Defendant"), by and through its attorneys, Manning Gross + Massenburg LLP, and, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and provides the following Amended Pretrial Disclosures to supplement its exhibit designations and to correct typographical errors contained in its exhibit designations:

## ACADEMY'S WITNESSES

Academy reserves the right to call only certain witnesses identified below and maintains no obligation to call all listed witnesses. Academy disclaims any duty to introduce any of the below-mentioned witnesses at trial by virtue of placing them on the list.

Academy reserves the right to cross-examine any fact or expert witnesses disclosed by the Plaintiff.  In addition, Defendant adopts, insofar as it deems it consistent with its own defenses, any fact witnesses disclosed by Plaintiff in this matter.  Academy specifically reserves the right to call any witness listed, identified, disclosed, and/or designated by any party since the inception of litigation, either live or by deposition or by previous trial testimony, who may have been called to testify in this case for the purpose of impeachment, rebuttal, or any other purpose the law allows. In the event any of the identified witnesses are unavailable to testify at trial, Academy reserves the right to offer testimony provided by them at deposition.

Academy further identifies all witnesses named by Plaintiff and reserves the right to call any such witness in its case.

**LAY WITNESSES**

Academy may rely upon the following individuals at trial:

1. **Stephen Mataras**
   General Manager/Braintree Terminal
   c/o Academy Express LLC
   111 Paterson Avenue, Hoboken, NJ 07030
   (201) 420-7000
2. **Douglas Levine**
   Risk Manager
   c/o Academy Express LLC
   111 Paterson Avenue, Hoboken, NJ 07030
   (201) 420-7000
3. **Kenol Hilaire**
   Career bus driver
   c/o Academy Express LLC
   111 Paterson Avenue, Hoboken, NJ 07030

(201) 420-7000
4. **Verenda Chandoo**
Career bus driver
c/o Academy Express LLC
111 Paterson Avenue, Hoboken, NJ 07030
(201) 420-7000
5. **David Pullen**
Local trainer/part time driver
c/o Academy Express LLC
111 Paterson Avenue, Hoboken, NJ 07030
(201) 420-7000
6. **Eugene (Gene) Conway**
Maintenance Manager
c/o Academy Express LLC
111 Paterson Avenue, Hoboken, NJ 07030
(201) 420-7000
7. **David Bolen**
Safety Director
c/o Academy Express LLC
111 Paterson Avenue, Hoboken, NJ 07030
(201) 420-7000

**EXPERT WITNESSES**

Academy intends to call the following expert witness at trial:

1. **James M. Lyons**
Trinity Consultants
1661 E. Camelback Rd., Ste 290
Phoenix, AZ 85016
(916) 837-3618

Mr. Lyons will testify based on his skill, knowledge, experience, training, and education in his field.  Mr. Lyons will testify about his publications, presentations, and all matters detailed in his *Curriculum Vitae.*  Additionally, Mr. Lyons may employ demonstrative and visual aids, including but not limited to the charts, tables, graphs, and figures contained in his reports, identified below.   My Lyons will testify on the ultimate issues of fact in this case, and he may testify in rebuttal, if necessary.  Mr. Lyons will testify consistent with his reports dated June 25, 2021, September 10, 2021, October 20, 2021, and May 24, 2025, attached hereto as **Exhibit A**.  Moreover, Mr. Lyons will testify regarding   the topics and substance of the above-referenced

reports and regarding the references and reliance materials cited and described in them.  A true and correct copy of Mr. Lyons' Curriculum Vitae is attached hereto as **Exhibit B**.

Mr. Lyons' firm, Trinity Consultants, is being compensated at the standard hourly rate of $445 for Mr. Lyons' work in this matter, other than for time related to deposition and trial testimony, for which his firm is being compensated at the standard hourly rate for such services of $575.

The cases in which Mr. Lyons has testified as an expert at trial or by deposition within the preceding four years are:  Commonwealth of Puerto Rico and Commonwealth of Puerto Rico through the Environmental Quality Board v. Shell Oil Company et al., U.S. District Court for the District of Puerto Rico, Case No. 07-01501,  International Construction Products LLC, v. Caterpillar Inc., U.S. District Court for the District of Delaware, Case No. Civ. No. 15-108-RGA, Joseph Hardesty, et al., v. Sacramento Metropolitan Air Quality Management District, et al., U.S. District Court for the Eastern District of California, Sacramento Division, Case No.: 2:10-cv-02414-KJM-KJN Consolidated with: 2:12-cv-2457-KJM-KJN, Commonwealth of Pennsylvania v. Exxon Mobil Corporation et al., U.S. District Court for the Southern District of New York, MDL 1358, Case No. 14-cv-06228, and Ingevity Corp. et al. v. BASF Corp., U.S. District Court for the District of Delaware, 1:18-cv-01391.

## <u>ACADEMY'S EXHIBITS</u>

Academy specifically reserves the right to amend, modify, alter, supplement and/or otherwise change the designation of exhibits listed below.  Academy further reserves the right to introduce only certain of the documents listed below and maintains no obligation to introduce all of the documents as exhibits.

Academy may also remove or add to the exhibits designated herein upon review of the expert witness designations of the Plaintiff, and obtain and review any and all outstanding information.  Academy also reserves its right to further designate documentary evidence once it has seen the exhibit lists of Plaintiff, or in the event that issues are raised by the Plaintiff's designations of specific deposition testimony.  Academy further reserves the right to use and introduce into evidence any and all exhibits listed by any other person or entity, which was or is a party herein, and adopt all other parties' exhibit lists to the extent they do not conflict with any defense of Academy.  Academy reserves the right to introduce any exhibit not designated herein for purposes of impeachment and/or rebuttal.  Academy reserves the right to utilize computer-based technology and display technology to enhance presentation of trial exhibits and testimony.

Academy may rely upon the following exhibits, in addition to others disclosed therein. This disclosure has been amended solely for the purpose of correcting typographical errors and supplementing information previously disclosed.  These exhibits were listed in Academy's initial disclosure; however, some have been renamed or subdivided for the purposes of clarifying same:

| Exhibit No. | Description | Date |
| --- | --- | --- |
| 1 | Academy Training Manual | 2018 |
| 2 | Academy Drivers Manual Pocket Handbook | 2019 |
| 3 | Academy Annual Inspections | 2019 |
| 4 | Driver Schedules | 10/29/2019 - 01/31/2020 |
| 5 | Engine Idle Notice Form (blank) | |
| 6 | Vinyl Sticker Driver Idling Warning | |
| 7 | Boston University Master Services Agreement | 6/1/2011 |
| 8 | Document re: What is a Diesel Particulate Filter?" | |

| Exhibit No. | Description | Date |
|---|---|---|
| 9 | Regulatory Background on the US Mobile Source Emission Control Program | 2007/2010 |
| 10 | Academy Drivers & Hourly Employees Handbook | 2018 |
| 11 | Academy Express Alleged Idling Violations Table | 2/27/2020 |
| 12 | Saucon Asset History Report Northeast | 09/27/2019 - 12/10/2019 |
| 13 | Vehicle List (1 of 2) | |
| 14 | Vehicle List (2 of 2) | |
| 15 | QuickServe Product/Engine/System Dataplate | 06/09/2021 |
| 16 | Alleged Violations Table with Academy bus information | 09/27/2019 - 09/03/2020 |
| 17 | ISX12 CM2350 X102 Owner's Manual | 05/28/2021 |
| 18 | ISX12 CM2350 X102 Operation and Maintenance Manual | 05/28/2021 |
| 19-A | Local Climatological Data Weather Records | 09/27/2019 |
| 19-B | Local Climatological Data Weather Records | 10/02/2019 |
| 19-C | Local Climatological Data Weather Records | 10/03/2019 |
| 19-D | Local Climatological Data Weather Records | 10/30/2019 |
| 19-E | Local Climatological Data Weather Records | 11/01/2019 |
| 19-F | Local Climatological Data Weather Records | 11/13/2019 |
| 19-G | Local Climatological Data Weather Records | 11/21/2019 |
| 19-H | Local Climatological Data Weather Records | 11/26/2019 |
| 19-I | Local Climatological Data Weather Records | 11/27/2019 |
| 19-J | Local Climatological Data Weather Records | 11/29/2019 |
| 19-K | Local Climatological Data Weather Records | 11/30/2019 |

| Exhibit No. | Description | Date |
|---|---|---|
| 19-L | Local Climatological Data Weather Records | 01/27/2020 |
| 19-M | Local Climatological Data Weather Records | 01/30/2020 |
| 19-N | Local Climatological Data Weather Records | 01/31/2020 |
| 19-O | Local Climatological Data Weather Records | 02/02/2020 |
| 20 | US EPA National Ambient Air Quality Standards ("NAAQS") https://www.epa.gov/criteria-air-pollutants/naaqs-table | |
| 21 | US EPA Prevention of Significant Deterioration ("PSD") requirements https://www.epa.gov/nsr/prevention-significant-deterioration-basic-information | |
| 22 | US EPA New Source Review ("NSR") Requirements https://www.epa.gov/nsr | |
| 23 | Commonwealth of MA DEP Modeling Guidance For Significant Stationary Sources of Air Pollution https://www.mass.gov/doc/modeling-guidance-for-significant-stationary-sources-of-air-pollution/download | June 2011 |
| 24 | 89 FR 16202 | 2024 |
| 25 | 83 FR 17226 | 2018 |
| 26 | 310 CMR 6.00 | |
| 27 | US EPA Exhaust Emission Rates for Heavy-Duty Onroad Vehicles in MOVES3 https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P1010MC2.pdf | November 2020 |
| 28 | *Diesel Exhaust Gas*, Hannu Jaakelainen, DieselNet Technology Guide https://dieselnet.com/tech/diesel_exh.php | September 2020 |
| 29 | *Real-world exhaust temperature profiles of on-road heavy-duty diesel vehicles equipped with selective catalytic reduction*, Kanok Boriboonsomsin, et al., Sci Total Environ https://pmc.ncbi.nlm.nih.gov/articles/PMC6698901/pdf/nihms-1044955.pdf | 08/19/2019 |
| 30 | *Collection of Activity Data from On-Road Heavy-Duty Diesel Vehicles*, UCR College of Engineering – Center for Environmental Research & Technology | May 2017 |

| Exhibit No. | Description | Date |
|---|---|---|
| 31 | *Impact of Particulate Size During Deep Loading on DPF Management,* O. Chiavola, G. Chiatti and N. Sirhan, Appl. Sci. 2019, 9, 3075 | 2019 |
| 32 | Transportation Conformity Guidance for Quantitative Hot-spot Analysis in $PM_{2.5}$ and $PM_{10}$ Nonattainment and Maintenance Areas, Transportation and Climate Division Office of Transportation and Air Quality U.S. Environmental Protection Agency | November 2015 |
| 33 | US EPA NAAQS Table https://www.epa.gov/criteria-air-pollutants/naaqs-table | |
| 34 | US EPA Outdoor Air Quality Data https://aqs.epa.gov/aqsweb/airdata/download_files.html | |
| 35 | US EPA – National Air Quality Standards (NAAQS 101) Webinar for Communities https://www.epa.gov/sites/default/files/2017-09/documents/webinar.naaqs_101.june_2017_0.pdf | 06/27/2017 |
| 36 | US EPA Green Book – Counties Designated Nonattainment for PM-10 https://www3.epa.gov/airquality/greenbook/mappm10.html | 1987 |
| 37 | US EPA Green Book – Counties Designated Nonattainment for PM-2.5 https://www3.epa.gov/airquality/greenbook/mappm25both.html | (1997, 2006, and/or 2012 Standards) |
| 38 | US EPA Green Book Nitrogen Dioxide Area Information https://www.epa.gov/green-book/green-book-nitrogen-dioxide-1971-area-information | 1971 |
| 39 | Massachusetts Registry of Motor Vehicle – Vehicle Inspections https://www.mass.gov/info-details/vehicle-inspections | |
| 40 | US EPA Verified Technologies for SmartWay and Clean Diesel https://www.epa.gov/verified-diesel-tech/learn-about-verified-technologies-clean-diesel | |
| 41 | California Air Resources Board – Diesel Vehicles https://ww2.arb.ca.gov/our-work/programs/diesel-vehicles | |
| 42 | California Air Resources Board – Heavy-Duty Diesel Emission Control Strategy Installation and Maintenance | |

| Exhibit No. | Description | Date |
|---|---|---|
| | https://ww2.arb.ca.gov/resources/fact-sheets/heavy-duty-diesel-emission-control-strategy-installation-and-maintenance | |
| 43 | US EPA Compilation of State, County, and Local Anti-Idling Regulations<br><br>Compilation of State, County, and Local Anti-Idling Regulations (EPA420-B-06-004) | April 2006 |
| 44 | Compendium of Regulatory Language of U.S. Idle Ordinance and Laws compiled by Midwest Clean Diesel Initiative<br>https://archive.epa.gov/midwestcleandiesel/web/pdf/idling_regulations_feb2009.pdf | February 2009 |
| 45 | US EPA National Service Center for Environmental Publications, Model State Idling Law<br>https://nepis.epa.gov/ -- Model State Idling Law | 2006 |
| 46 | Mass DEP Massachusetts 2011 Periodic Emissions Inventory<br>https://www.mass.gov/doc/massachusetts-2011-periodic-emissions-inventory-summary/download | 2/9/2018 |
| 47 | Mass DEP Bureau of Air and Waste, Massachusetts 2016 Diesel Particulate Matter Inventory<br>www.mass.gov/doc/massachusetts-2016-diesel-particulate-matter-inventory-report-april-2018/download | April 2018 |
| 48 | Exhaust Emission Rates for Heavy-Duty Onroad Vehicles in MOVES3, EPA-420-R-20-018 | November 2020 |
| 49 | US EPA MOVES and Related Models, *What is the Difference Between Extended Idling and Normal Idling? Is it Possible to get Distinct Idling Emission Output for any Vehicle Type? Can this be Done in the Emission Rate Mode, or only Inventory Mode?*<br>https://www.epa.gov/moves/what-difference-between-extended-idling-and-normal-idling-it-possible-get-distinct-idling | |
| 50 | BUS LIST AND ENGINE INFO.xlsx | |
| 51 | Department of Environmental Protection, *Stop the Soot* – ***EXHIBIT WITHDRAWN***<br><br>https://www.state.nj.us/dep/stopthesoot/retrofit.htm | |
| 52 | US EPA, 2017 Appendix W Final Rule<br>https://www.epa.gov/scram/2017-appendix-w-final-rule. | |

| Exhibit No. | Description | Date |
|---|---|---|
| 53 | Appendix W to Part 51- Guideline on Air Quality Models. Federal Register, Vol. 70, No. 216, Wed., Nov. 9, 2005, pp. 68229–68261 https://www.govinfo.gov/content/pkg/FR-2005-11-09/pdf/05-21627.pdf. | |
| 54 | Turner, D.B., *Workbook of Atmospheric Dispersion Estimates: An Introduction to Dispersion Modeling*. 2nd Edition ed. 1994, Boca Raton: Lewis Publishers | |
| 55 | US EPA. User's Guide for the AMS/EPA Regulatory Model (AERMOD), 2021, EPA-454/B-21-001 https://gaftp.epa.gov/Air/aqmg/SCRAM/models/preferred/aermod/aermod_userguide.pdf. | |
| 56 | US EPA. Report on Transportation Conformity Guidance for Quantitative Hot-Spot Analyses in PM2.5 and PM10 Nonattainment and Maintenance Areas. EPA-420-B-15-084. Office of Transportation and Air Quality https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P100NMXM.pdf. | 2015 |
| 57 | California Department of Transportation. 2017. Quantitative Particulate Matter Hot-Spot Analysis Best Practices Guidebook. CTAQ-RT-17-317.02.6 https://dot.ca.gov/-/media/dot-media/programs/environmental-analysis/documents/env/f0006994-pm-hot-spot-best-practices-guidebook-a11y.pdf. | 2017 |
| 58 | Environmental Protection Agency. Transportation Conformity Guidance for Quantitative Hot-spot Analyses in PM2.5 and PM10 Nonattainment and Maintenance Areas. Appendices. Accessed at https://nepis.epa.gov/Exe/ZyPdf.cgi?Dockey=P100NN22.pdf. | |
| 59 | Photos of Agganis Way Stop - Exhibit 6 to Deposition of Breanne Frank taken on 5/8/25 | |
| 60 | Academy Motor Coach Training Manual | 2025 |
| 61 | Exhibit 4 to Deposition of Robert Kendall taken on 1/29/21 | 1/29/2021 |
| 62 | Academy – BU Shuttle "Transloc" Map | |
| 63 | Academy Bus Notice | |
| 64 | Academy – Map of Agganis Way Station Location | |
| 65 | Academy – Map of Alewife Station Location | |
| 66 | Academy – Map of Newton Riverside Station Location | |

| Exhibit No. | Description | Date |
|---|---|---|
| 67 | Academy – Map of Wellington Station Location | |
| 68-A | Academy Dispatch Sheets with Bus Schedules | 09/27/2019 |
| 68-B | Academy Dispatch Sheets with Bus Schedules | 10/02/2019 |
| 68-C | Academy Dispatch Sheets with Bus Schedules | 10/03/2019 |
| 68-D | Academy Dispatch Sheets with Bus Schedules | 10/30/2019 |
| 68-E | Academy Dispatch Sheets with Bus Schedules | 11/01/2019 |
| 68-F | Academy Dispatch Sheets with Bus Schedules | 11/13/2019 |
| 68-G | Academy Dispatch Sheets with Bus Schedules | 11/21/2019 |
| 68-H | Academy Dispatch Sheets with Bus Schedules | 11/26/2019 |
| 68-I | Academy Dispatch Sheets with Bus Schedules | 11/27/2019 |
| 68-J | Academy Dispatch Sheets with Bus Schedules | 11/29/2019 |
| 68-K | Academy Dispatch Sheets with Bus Schedules | 11/30/2019 |
| 68-L | Academy Dispatch Sheets with Bus Schedules | 01/27/2020 |
| 68-M | Academy Dispatch Sheets with Bus Schedules | 01/30/2020 |
| 68-N | Academy Dispatch Sheets with Bus Schedules | 01/31/2020 |
| 68-O | Academy Dispatch Sheets with Bus Schedules | 02/02/2020 |
| 69 | Driver Pocket Manual | 2022 |
| 70 | Driver Pocket Manual | 2025 |
| 71 | Google map - Wellington Station – Exhibit 7 to Deposition of Johannes Epke taken on 5/15/25 | 05/15/2025 |
| 72 | Google Maps Image - Exhibit 3 to Deposition of Monica Pereira taken on 8/26/25 | 08/26/2025 |
| 73 | Google Earth Image – Exhibit 6 to Deposition of Varun Deshpande taken on 5/8/25 | 05/08/2025 |
| 74-A | Academy Passenger Manifest for Bus 6588 | 11/27/2019 |
| 74-B | Academy Passenger Manifest for Bus 6770 | 11/27/2019 |
| 74-C | Academy Passenger Manifest for Bus 6589 | 11/30/2019 |
| 74-D | Academy Passenger Manifest for Bus 6730 | 11/30/2019 |
| 74-E | Academy Passenger Manifest for Bus 6764 | 11/30/2019 |
| 74-F | Academy Passenger Manifest for Bus 1340 | 1/31/2020 |
| 74-G | Academy Passenger Manifest for Bus 6410 | 1/31/2020 |
| 74-H | Academy Passenger Manifest for Bus 6758 | 1/31/2020 |
| 74-I | Academy Passenger Manifest for Bus 6760 | 1/31/2020 |
| 74-J | Academy Passenger Manifest for Bus 6756 | 2/2/2020 |
| 74-K | Academy Passenger Manifest for Bus 6783 | 2/2/2020 |
| 74-L | Academy Passenger Manifest for Bus 6758 (Inbound) | 2/2/2020 |
| 74-M | Academy Passenger Manifest for Bus 6761 | 2/2/2020 |
| 74-N | Academy Passenger Manifest for Bus 6784 | 2/2/2020 |
| 74-O | Academy Passenger Manifest for Bus 6758 (Outbound) | 2/2/2020 |
| 75 | Expert Report of James Lyons | 06/25/2021 |
| 76 | Second Supplemental Expert Report of James Lyons | 10/20/2021 |
| 77 | Supplemental Expert Report of James Lyons | 09/10/2021 |

| Exhibit No. | Description | Date |
|---|---|---|
| 78 | Third Supplemental Expert Report of James Lyons | 05/24/2025 |
| 79 | Curriculum Vitae of James Lyons | |

## **RESERVATION OF RIGHTS**

Academy incorporates herein by reference all witnesses and exhibits identified in the pretrial submissions (including supplements thereto) of all parties. Academy expressly reserves the right to supplement its Witness Disclosures and Exhibit List at any time, up to and including the time of trial.

Respectfully submitted,

ACADEMY EXPRESS, LLC,

By its attorneys:

*/s/ Jon C. Cowen*
Jon C. Cowen (BBO No.: 552961)
Jennifer A. Whelan  (BBO No: 631519)
Alexander C. Teschemacher (BBO No.: 695597)
MG+M THE LAW FIRM
125 High Street, Oliver Street Tower
6th Floor
Boston, MA 02110
Telephone: (617) 406-4511
Facsimile: (617) 406-4501
jcowen@mgmlaw.com
jwhelan@mgmlaw.com
ateschemacher@mgmlaw.com

*Counsel for Defendant*

September 4, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants September 4, 2025.


*/s/ Jon C. Cowen*
Jon C. Cowen, Esq.