UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Conservation Law Foundation, Inc., )<br>)<br>Plaintiff, )<br>**)**<br>v. )<br>)<br>Academy Express, LLC )<br>)<br>Defendant. )<br>) | Case No. 1:20-cv-10032-WGY |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S MOTION TO CLARIFY THE COURT'S SEPTEMBER 11, 2025 MINUTE ORDER (ECF NO. 185)**

Plaintiff Conservation Law Foundation, Inc. ("CLF") moves for clarification of the Court's September 11, 2025 Minute Order on CLF's Renewed Motion to Compel Production of Idling Reports (ECF No. 185) (the "Minute Order"). As grounds, CLF states:

1. During the April 30, 2021 hearing on CLF's motion to compel (ECF No. 60), the Court (Woodlock, J.) ordered Defendant Academy Express, LLC ("Academy") to preserve certain idling data while the litigation remained pending. ECF No. 163-1 (4/30/2021 Hr'g Tr.) at 15:3-18; *see also* ECF No. 67.

2. On July 31, 2025, CLF filed a Renewed Motion to Compel Production of Idling Reports pursuant to the Court's April 30, 2021 Order (ECF No. 163). Academy filed an Opposition to CLF's Renewed Motion on August 14, 2025 (ECF No. 171).

3. On September 11, 2025, the Court entered the Minute Order on CLF's Renewed Motion, which directs Academy to "produce the data that Judge Woodlock required be preserved for purposes of relief." ECF No. 185.

1

4.      However, Academy disputes the scope of the data that Judge Woodlock "required to be preserved for purposes of relief," and the dispute is not resolved by the Minute Order.

5.      As CLF has shown, the Court's April 30, 2021 Order requires that Academy preserve idling data from 2015 through present for purposes of relief. *See* ECF No. 163 at 1-2, 3-4, 6; ECF No. 178 at 1-2. CLF's position is that Academy should therefore be required to produce all idling reports from 2015 through present for all buses serving the Wellington, Newton, Agganis Way, and Cambridge Go bus stops for purposes of relief. ECF No. 163 at 1.[1]

6.      Academy's position is that the Court's April 30, 2021 Order required Academy to preserve idling data for only the "highlighted entries in the two exhibits to the Levine Affidavit— specific alleged incidents CLF identified as missing Saucon data." *See* ECF 171 (Academy Opposition) at 4. Academy refused to produce idling data from 2015 through present for the bus stops at issue.

7.      For the reasons set out in its previous filings, CLF believes that its view is correct. *See* ECF No. 163 at 1-2, 3-4, 6; ECF No. 178 at 1-2.

8.      As resolution of this motion to clarify lies within the sound discretion of the Court and is supported by the previous memoranda filed, no further memorandum is necessary.

WHEREFORE, CLF requests that the Court clarify the Minute Order (ECF No. 185) by ruling the scope of data that Judge Woodlock "required be preserved for purposes of relief" consists of idling reports from 2015 through present for buses serving the Wellington, Newton, Agganis Way, and Cambridge Go bus stops. ECF No. 163 at 1.

---

[1] Academy should, at minimum, be required to produce idling reports from January 8, 2020, the date this lawsuit was filed (ECF No. 1), through present for all buses serving the Wellington, Newton, Agganis Way, and Cambridge Go bus stops.

Dated: September 16, 2025    Respectfully submitted,

        CONSERVATION LAW FOUNDATION, INC.,

By its attorneys:
/s/   *Heather A. Govern*
Heather A. Govern (BBO No. 688482)
Sarah M. Craig (admitted *Pro Hac Vice*)
Margaret M. A. Nivison (BBO # 699047)
P. Sabin Willett (BBO #542519)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org
scraig@clf.org
mnivison@clf.org
swillett@clf.org

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

I hereby certify that CLF has met and conferred with Defendant in a good faith effort to resolve this dispute.

>*/s/ Heather A. Govern*
>Heather A. Govern

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Sarah M. Craig*
Sarah M. Craig