UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-10032-WGY |
| ) | |
| Academy Express, LLC ) | |
| ) | |
| Defendant. ) | |

**CONSERVATION LAW FOUNDATION, INC'S MOTION FOR SANCTIONS**

Plaintiff Conservation Law Foundation ("CLF"), upon the accompanying Memorandum of Law and exhibits thereto, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A), for an order imposing sanctions on Academy for its failure to comply with the Court's discovery orders to preserve its Saucon idling data dating back to 2015, and to produce that data. ECF No. 163-1 at 15:3-18; ECF No. 185; ECF No. 211.

For the reasons set forth in the Memorandum of Law filed herewith, and pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(i), the Court should draw an adverse inference from Academy's failure to preserve and produce its idling data. Specifically, CLF requests that the Court find that it is established that (i) from 2015 to present, Academy engaged in a pattern and practice of unlawful idling in violation of the Massachusetts anti-idling regulation, 310 C.M.R. § 7.11; and (ii) on each day during that period for which Saucon data has not been produced, Academy idled in excess of five minutes at the bus stops at issue with the same frequency and duration per day as shown in the Saucon idling data that Academy did produce. CLF also requests that the Court grant to CLF such other and further relief as may be just.

1

Dated: January 2, 2026

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorneys:
*/s/ Sarah Craig*
Heather A. Govern (BBO No. 688482)
Sarah Craig (BBO No. 716938)
Margaret Nivison (BBO No. 699047)
Sabin Willett (BBO No. 542519)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org
scraig@clf.org
mnivison@clf.org
swillett@clf.org

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1 AND FED. R. CIV. P. 37(a)(1)**

    I hereby certify that CLF has met and conferred with Defendant in a good faith effort to resolve this dispute.

                                            */s/ Sarah Craig*
                                            Sarah M. Craig

**CERTIFICATE OF SERVICE**

    I certify that on January 2, 2026, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                            */s/ Sarah Craig*
                                            Sarah M. Craig