## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY EXPRESS, LLC., <br><br> Defendant. | Case No. 1:20-cv-10032-WGY |
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY EXPRESS, LLC, DPV TRANSPORTATION, INC., and BOSTON CHARTER BUS, LLC, <br><br> Defendant. | Case No. 1:20-cv-10033-WGY |

**<u>Defendant Academy Express, LLC's Motion for Judgment on Partial Findings</u>**

NOW COMES Defendant Academy Express, LLC ("Academy"), by and through its undersigned counsel, and moves for judgment on partial findings in its favor as to the Complaints brought by Plaintiff Conservation Law Foundation, Inc. ("CLF") pursuant to Federal Rule of Civil Procedure 52(c), as, at the close of Plaintiff's case-in-chief, CLF has failed to prove Academy has violated the Clean Air Act or the Massachusetts State Implementation Plan ("Massachusetts SIP").

1

In further support of Academy's Motion for Judgment on Partial Findings, Academy incorporates by reference its supporting Memorandum of Law.

WHEREFORE, Academy requests that this Court grant Academy's Motion for Judgment on Partial Findings and enter a verdict in favor of Academy.

Date: January 14, 2025

                        Respectfully submitted,

                        ACADEMY EXPRESS, LLC,

                        By its attorneys:

/s/ Jon C. Cowen
Jon C. Cowen (BBO No.: 552961)
Jennifer A. Whelan  (BBO No: 631519)
Alexander C. Teschemacher (BBO No.: 695597)
Mikaela K. Barbour (BBO No.: 714864)
MG+M THE LAW FIRM
125 High Street, Oliver Street Tower
6th Floor
Boston, MA 02110
Telephone: (617) 406-4511
Facsimile: (617) 406-4501
jcowen@mgmlaw.com
jwhelan@mgmlaw.com
ateschemacher@mgmlaw.com
mbarbour@mgmlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically served the foregoing document on all counsel of record in the above-captioned matters.

/s/Alexander C. Teschemacher
Alexander C. Teschemacher