UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>Conservation Law Foundation, Inc.</u>
Plaintiff

                                             CIVIL ACTION
                                             NO. <u>20cv10032-WGY</u>

        V.

<u>Academy Express, LLC</u>
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on March 11, 2026, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                                    By the Court,

<u>March 12, 2026</u>                                              /s/Matthew A. Paine
Date                                                              Deputy Clerk