**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Conservation Law Foundation, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Academy Express, LLC<br><br>Defendant. | Case No. 1:20-cv-10032-WGY |

**NOTICE REGARDING ENTRY OF CONSENT DECREE**

Plaintiff Conservation Law Foundation, Inc. ("CLF") hereby provides notice that the 45-day review period of the filed Consent Decree, ECF No. 279-1, has passed without objection from the United States Department of Justice.

The Consent Decree represents a settlement of all claims presented by Plaintiff against Defendant Academy in this case. In addition to the Court's March 12, 2026 Order, ECF No. 280, CLF respectfully requests that the Court order the entry of the Consent Decree, now that the 45-day review period has ended.

Dated: June 26, 2026

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,
By its attorneys:
*/s/ Heather A. Govern*
Heather A. Govern (BBO No. 688482)
Sarah Craig (admitted *Pro Hac Vice*)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Heather A. Govern*
Heather A. Govern